IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA GIBSON,<br><br>             Plaintiff,<br><br>vs.<br><br>CONCRETE EQUIPMENT COMPANY, INC., A Nebraska Corporation;<br><br>             Defendant. | **8:16CV384**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the parties' motion to continue, (Filing No. 23), is granted as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on September 24, 2018, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on August 28, 2018 at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 27, 2018.

3) Motions to compel Rule 33, 34, and 36 discovery must be filed by March 15, 2018
**Note:** Motions to compel shall not be filed without first contacting the

chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deposition deadline is April 5, 2018.

5) The deadline for filing motions to dismiss and motions for summary judgment is May 4, 2018.[1]

December 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.