## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

AMANDA GIBSON,

                    Plaintiff,                                      8:16-CV-384

vs.

                                                                   JUDGMENT

CONCRETE EQUIPMENT
COMPANY, INC., d/b/a CON-E-CO,

                    Defendant.

Pursuant to the accompanying Memorandum and Order, judgment is entered for the defendant and against the plaintiff, and the plaintiff's complaint is dismissed with prejudice.

Dated this 20th day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge